FILED
2006 Oct-03  PM 04:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| WILLIAM JEROME HENRY,            )<br>                                                        )<br>         Plaintiff                            )<br>                                                        )<br>vs.                                               )<br>                                                        )<br>CITY OF WINFIELD,                    )<br>                                                        )<br>         Defendant                        ) | Case No. 6:06-cv-00814-LSC-HGD |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on August 28, 2006, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

Done this <u>3rd</u> day of <u>October 2006</u>.

                                               L. SCOTT COOGLER
                                   UNITED STATES DISTRICT JUDGE
                                                             124153